# United States District Court
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v<br><br>MATTHEW STAFFORD | **WARRANT FOR ARREST**<br><br>CASE NUMBER CR03-0169 L |

To   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____MATTHEW STAFFORD_____ and bring him or her forthwith to the nearest magistrate to answer a(n) INDICTMENT charging him or her with

## COUNTS 1, 2: UNLAWFUL POSSESSION OF A FIREARM

in violation of Title __18__ United States Code, Section(s) __922(g)(3), 922(g)(9) and 924(a)(2)__

| | |
|---|---|
| H Arent-Zachary<br>Name of Issuing Officer | Deputy Clerk<br>Title of Issuing Officer |
| /s/ H. Arent-Zachary<br>Signature of Issuing Officer | April 17, 2003 at Seattle, Washington<br>Date and Location |

[RSM]
Bail fixed at _____ by _____

CR 03-00169 P00000005

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____
Harborview Medical Center Seattle, WA

| DATE RECEIVED 04/17/03 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 04/30/03 | M J Allers  S/A  ATF | /s/ #4343 |